UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LYONEL FINKLEA, Criminal No. 17-168

RECEIVED
NOV 14 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## PETITION FOR WRIT OF HABEAS CORPUS

1. **LYONEL FINKLEA, DOB: 5/13/1986, SBI #593733C**, is now confined at Essex County Jail.

2. Said individual will be required at U.S. District Court, Trenton, New Jersey, before the Hon. Brian R. Martinotti, on Thursday, December 7, 2017 at 11:30 a.m., for his **Sentencing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 14, 2017

/s/ Robert Frazer
ROBERT FRAZER
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: November 14, 2017

Hon. Brian R. Martinotti, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail I WE COMMAND YOU that you have the body of

**LYONEL FINKLEA, DOB: 5/13/1986, SBI #593733C**

now confined at the Essex County Jail, brought before the United States District Court, the Hon. Brian R. Martinotti, U.S. District Judge, at the U.S. Courthouse in Trenton, NJ, on Thursday, December 7, 2017, at 11:30 a.m., so that he may have his **Sentencing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Brian R. Martinotti
United States District Judge
Trenton, New Jersey.

DATED: November 14th, 2017

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk